# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**,

                Plaintiff,

v.

**DOUGLAS ANTONIO LEE,**

                Defendant.

No. 21-04041-01-CR-C-SRB

## GOVERNMENT'S WITNESS LIST

The United States of America, by and through Teresa A. Moore, the United States Attorney for the Western District of Missouri, and by the undersigned Assistant United States Attorney, files with this Honorable Court its list of potential witnesses that may be called for trial and requests leave to file additional lists as needed.

1. Records Custodian, Angela Ayers, Boone County Sheriff's Office
2. Officer Evan Chadwick, Booneville Police Department
3. Candace Cook, Ashland, Missouri
4. Criminalist Bradley Ellis, Missouri State Highway Patrol
5. Detective Mark Fitzgerald, Columbia Police Department
6. Detective Kyle Gilliam, Columbia Police Department
7. Records Custodian Lydia Green, Columbia Police Department
8. Darrick Higgs, Columbia, Missouri
9. Detective Michael Kile, Columbia Police Department
10. Detective Dan Lemoins, Columbia Police Department
11. Officer Rick Mabe, Columbia Police Department

12. Detective Matt Nichols, Columbia Police Department

13. Officer Jeremiah Owens, Columbia Police Department

14. Detective Christopher Papineau, Columbia Police Department

15. Jordan Parks, Columbia, Missouri

16. Detective Thomas Quintana, Columbia Police Department

17. Officer Courtland Ross, Booneville Police Department

18. Sargent Roger Schlude, Columbia Police Department

19. Officer Justin Thomas, Columbia Police Department

20. Special Agent Charles Tomlin, Bureau of Alcohol Tobacco Firearms & Explosives

21. Deputy Nathan Wesley, Boone County Sheriff's Office

22. Corporal Mike Wise, Booneville Police Department

23. Officer Brady Wulff, Columbia Police Department

24. Officer Nicholas Wulff, Columbia Police Department

                                        Respectfully submitted,

                                        **Teresa A. Moore**
                                        United States Attorney

By                /S/

                                        **Michael S. Oliver**
                                        Assistant United States Attorney
                                        Missouri Bar No. 41832

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was delivered on January 26, 2022, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to counsel of record.

/S/
**Michael S. Oliver**
Assistant United States Attorney
Missouri Bar No. 41832

3